FILED

07 DEC 19 PM 3:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: `IP`   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3406 DMS |
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | Title 8, U.S.C., |
| PETER MICHAEL MARTIN (1), | ) | Sec. 1324(a)(2)(B)(ii) – Bringing in Illegal Aliens for |
| SANDRA KOLE (2), | ) | Financial Gain; Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(iii) – |
| Defendants. | ) | Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., |
| | ) | Sec. 2 – Aiding and Abetting |

The grand jury charges:

Count 1

On or about November 18, 2007, within the Southern District of California, defendant SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Claudia Liliana Morales Diaz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//

//

DDL:fer:San Diego
12/18/07

### Count 2

On or about November 18, 2007, within the Southern District of California, defendant SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Claudia Liliana Morales Diaz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 3

On or about November 18, 2007, within the Southern District of California, defendant SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Olivares Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### Count 4

On or about November 18, 2007, within the Southern District of California, defendant SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Olivares Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an

appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 5

On or about November 18, 2007, within the Southern District of California, defendant SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juana Patricia Salto, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### Count 6

On or about November 18, 2007, within the Southern District of California, defendant SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juana Patricia Salto, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 7

On or about December 9, 2007, within the Southern District of California, defendants PETER MICHAEL MARTIN and SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Sandra Gutierrez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the

United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 8

On or about December 9, 2007, within the Southern District of California, defendants PETER MICHAEL MARTIN and SANDRA KOLE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Sandra Gutierrez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: December 19, 2007.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

4