1   **AMBER BAYLOR**
California Bar No. 248196
2   **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3   San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3737
4

5   Attorneys for Mr. Martin

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) Criminal No. 07CR3406-DMS |
| 12 | Plaintiff, | ) Date:   January 25, 2008 |
| 13 | v. | ) Time:   11:00 a.m. |
| 14 | PETER MICHAEL MARTIN, | ) NOTICE OF MOTIONS AND MOTIONS TO: |

11   UNITED STATES OF AMERICA,     )  Criminal No. 07CR3406-DMS
                                )
12          Plaintiff,         )  Date:   January 25, 2008
                                  )  Time:   11:00 a.m.
13   v.                        )
                                  )  NOTICE OF MOTIONS AND
14   PETER MICHAEL MARTIN,      )  MOTIONS TO:
                                  )  1)  COMPEL DISCOVERY AND PRESERVE
15                             )      EVIDENCE;
                                  )  2)  SUPPRESS STATEMENTS;
16          Defendant.       )  3)  DISMISS INDICTMENT DUE TO
                                  )      MISINSTRUCTION OF GRAND JURY; AND
17                             )  4)  GRANT LEAVE TO FILE FURTHER MOTIONS
18                             )
                                  )
19                             )
                                  )
20                             )
                                  )
21                             )
                                )
22

23   TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
              ASSISTANT UNITED STATES ATTORNEY:
24

25       **PLEASE TAKE NOTICE** that on January 25, 2008, or as soon thereafter as counsel may

26   be heard, the accused, Peter Michael Martin, by and through his attorneys, Amber Baylor, and Federal

27   Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

28   //

**MOTIONS**

Peter Martin, the accused in this case, by and through his attorneys, Amber Baylor, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

 1) to compel further discovery and preserve evidence;

 2) to suppress statements;

 3) dismiss indictment due to misinstruction of grand jury; and

 4) to grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 11, 2008

*/s/ Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martin

07CR3406