UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PETER MICHAEL MARTIN,  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. 07CR3406-DMS<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

   Assistant United States Attorney Office
   880 Front Street
   San Diego, CA  92101


Dated: January 11, 2008                          */s/ Amber Baylor*
                                                            **AMBER BAYLOR**
                                                             Federal Defenders
                                                             225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                           (619) 234-8467  (tel)
                                                           (619) 687-2666  (fax)
                                                           E-mail:Amber_Baylor@fd.org