KAREN P. HEWITT
United States Attorney
EUGENE S. LITVINOFF
Assistant U.S. Attorney
California State Bar No.  214318
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5790/(619) 235-2757 (Fax)
Email: Eugene.Litvinoff2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3406-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| PETER MICHAEL MARTIN et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR
83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized
to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to
activity in this case:

<u>Name</u>

None

1

2    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

4    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

5    association):

6        <u>Name</u>

7        None

8        Please call me if you have any questions about this notice.

9        DATED: January 23, 2008

10                                           Respectfully submitted,

11                                           KAREN P. HEWITT
                                             United States Attorney

12                                           s/Eugene S. Litvinoff

13                                           _____
                                             EUGENE S. LITVINOFF
14                                           Assistant United States Attorney
                                             Attorneys for Plaintiff
15                                           United States of America

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance
     United States v.Martin                  2                          07CR3406-DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3406-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| PETER MICHAEL MARTIN et al, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, EUGENE S. LITVINOFF, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  **1.  Amber Baylor**
  **2.  Reza Keramati**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

  **1.  None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008

s/ Eugene S. Litvinoff
EUGENE S. LITVINOFF

Notice of Appearance
United States v.Martin                3                07CR3406-DMS