FILED
JAN 2 5 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>PETER MARTIN,<br><br>        Defendant. | Criminal No. 07CR3406-DMS<br>Date: January 25, 2008<br>Time: 9:00 a.m.<br><br>**ORDER TO PRESERVE VEHICLE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination, the silver Mercury seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the vehicle prior to their inspection, without emergency application to this Court, notice to Mr. Martin, and an opportunity to respond.

**SO ORDERED.**

Dated: 1-25-08

HONORABLE DANA M. SABRAW

U.S. District Court Judge