1  **SHAFFY MOEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5  Attorneys for Mr. Martin

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,   ) Criminal No. 07cr3406-DMS
   |                             )
12 |         Plaintiff,          ) Date:   TBA
   |                             ) Time:   TBA
13 | v.                          )
   |                             ) NOTICE OF COURT-ORDERED SUPPLEMENTAL:
14 | PETER MICHAEL MARTIN,       ) BRIEFING ON DEFENDANT'S APPLICATION FOR
   |                             ) BOND
15 |                             )
   |         Defendant.          )
16 

17 TO:    KAREN HEWITT, UNITED STATES ATTORNEY, and
        EUGENE LITVINOFF, ASSISTANT UNITED STATES ATTORNEY.
18

19      PLEASE TAKE NOTICE that on, at p.m., or as soon thereafter as counsel may be heard, Defendant,

20 Peter Michael Martin, by and through counsel, Shaffy Moeel and Federal Defenders of San Diego, Inc., will

21 ask this Court to enter an order granting the motions as listed below.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

## **MOTION**

Defendant, Peter Michael Martin, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order to:

Grant Bail Pending Sentencing

This motion are based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated:  April 2, 2008                              /s/ *Shaffy Moeel*
                                                             SHAFFY MOEEL
                                                             FEDERAL DEFENDERS OF SAN DIEGO INC.
                                                             Attorney for Mr. Martin