**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: shaffy_moeel@fd.org

Attorneys for Mr. Martin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3406-DMS |
| ) | |
| Plaintiff, ) | DATE: TBA |
| ) | TIME: TBA |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| **PETER MICHAEL MARTIN**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Eugene S Litvinoff**
Eugene.Litvinoff2@usdoj.gov,efile.dkt.gc1@usdoj.gov,Stephanie.Delgadillo@usdoj.gov

Respectfully submitted,

DATED: April 2, 2008              /s/ Shaffy Moeel
                                  **SHAFFY MOEEL**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Peter Michael Martin