# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 07CR3406-DMS
                         )
vs                       )   ABSTRACT OF ORDER
                         )
                         )   Booking No. 06679298
Peter Michael Martin (1) )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/9/08__
the Court entered the following order:

__X__ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __20,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for ~~electronic monitoring~~ transportation to CRASH.

__X__ Other. Δ must be released by 10:00 am 4/9/08. Contact Dave Horton, PTS 619 843-9693. Accept Plea/PO Rpt & Sent 4/28 930AM LAB

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
        DUSM              by

                          /s/ M. Behning  Deputy Clerk

Crim-9   (Rev 6-95)                     ★ U.S. GPO: 1996-783-398/40151

M. BEHNING

CLERKS' COPY