**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Martin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**PETER MICHAEL MARTIN (1)**,<br><br>Defendant. | CASE NO. 07CR3406-DMS<br><br>JOINT MOTION TO CONTINUE HEARING |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Martin, along with Assistant United States Attorney Peter Mazza, that the sentencing hearing in the above-mentioned case should be continued from May 30, 2008 at 9:00 a.m. until June 27, 2008 at 9:00 a.m.

**SO STIPULATED.**

Dated: May 21, 2008                    /s/ Shaffy Moeel
                                       SHAFFY MOEEL
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Martin

Dated: May 21, 2008                    /s/ Peter Mazza
                                       PETER MAZZA
                                       Assistant United States Attorney

07CR3406

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Reza Keramati**
rabrera@emlslaw.com

**Peter J Mazza**
peter.mazza@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Siri Shetty**
attyshetty@yahoo.com

**Cameron Ervin**
United States Probation Officer via email

Dated: May 21, 2008                     /s/ Shaffy Moeel
                                        SHAFFY MOEEL
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail: Shaffy_Moeel@fd.org

07CR3406