SHAFFY MOEL
California State Bar Number 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Martin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3406-DMS |
| Plaintiff, ) | |
| v. ) | ACKNOWLEDGMENT OF NEXT |
| PETER MICHAEL MARTIN, ) | COURT DATE |
| Defendant. ) | |

I, **PETER MICHAEL MARTIN,** hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is June 27, 2008, at 9:00 a.m., before the Honorable Dana M. Sabraw.

I declare that the foregoing is true and correct.

DATED: 6/5/08

*/s/ Peter Martin*
**PETER MICHAEL MARTIN**