### CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Reza Keramati**
rabrera@emlslaw.com

**Peter J Mazza**
peter.mazza@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Siri Shetty**
attyshetty@yahoo.com

**Cameron Ervin**
United States Probation Officer via email


Dated: June 11, 2008                                                            /s/ Shaffy Moeel
                                                                                                SHAFFY MOEEL
                                                                                                Federal Defenders of San Diego, Inc.
                                                                                                225 Broadway, Suite 900
                                                                                                San Diego, CA 92101-5030
                                                                                                (619) 234-8467  (tel)
                                                                                                (619) 687-2666  (fax)
                                                                                                e-mail: Shaffy_Moeel@fd.org