1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5  Attorneys for Mr. Martin

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,           )   CASE NO. 07CR3406-DMS
                                        )
12              Plaintiff,              )
                                        )   JOINT MOTION TO CONTINUE
13  v.                                  )   HEARING
                                        )
14  **PETER MICHAEL MARTIN (1)**,       )
                                        )
15              Defendant.              )
                                        )
16

17       Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18  and Federal Defenders of San Diego, counsel for Mr. Martin, along with Assistant United States Attorney

19  Peter Mazza, that the sentencing hearing in the above-mentioned case should be continued from June 27, 2008

20  at 9:00 a.m. until July 25, 2008 at 9:00 a.m. Mr. Martin will submit an Acknowledgment of Next Court Date.

21       **SO STIPULATED.**

22

23  Dated: June 26, 2008                    /s/ Shaffy Moeel
                                            SHAFFY MOEEL
24                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Martin
25

26  Dated: June 26, 2008                    /s/ Peter Mazza
                                            PETER MAZZA
27                                          Assistant United States Attorney

28

1 | **CERTIFICATE OF SERVICE**

2 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3 information and belief, and that a copy of the foregoing document has been served this day upon:

4 **Reza Keramati**
rabrera@emlslaw.com

5 **Peter J Mazza**

6 peter.mazza@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

7 **Siri Shetty**
attyshetty@yahoo.com

8 **Cameron Ervin**

9 United States Probation Officer via email

10

11 Dated: June 26, 2008                                         */s/  Shaffy Moeel*
SHAFFY MOEEL
12                                                                                        Federal Defenders of San Diego, Inc.
                                                                                          225 Broadway, Suite 900
13                                                                                        San Diego, CA 92101-5030
                                                                                          (619) 234-8467  (tel)
14                                                                                        (619) 687-2666  (fax)
                                                                                          e-mail: Shaffy_Moeel@fd.org
15

16

17

18

19

20

21

22

23

24

25

26

27

28

07CR3406