UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3406-DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING HEARING |
| PETER MICHAEL MARTIN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Martin, who is currently out of custody, be continued from June 27, 2008 at 9:00 a.m. until July 25, 2008 at 9:00 a.m. as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED:   June 26, 2008

_____
HON. DANA M. SABRAW
United States District Judge