SHAFFY MOEL
California State Bar Number 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Martin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3406-DMS |
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| PETER MICHAEL MARTIN, | ) | |
| Defendant. | ) | |

I, **PETER MICHAEL MARTIN**, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is July 25, 2008, at 9:00 a.m., before the Honorable Dana M. Sabraw.

I declare that the foregoing is true and correct.

DATED: 7/9/08

*Peter Martin*
PETER MICHAEL MARTIN