## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Reza Keramati**
rabrera@emlslaw.com

**Peter J Mazza**
peter.mazza@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Siri Shetty**
attyshetty@yahoo.com

Dated: July 10, 2008                                                _____/s/  Shaffy Moeel_____
                                                                                      SHAFFY MOEEL
                                                                                      Federal Defenders of San Diego, Inc.
                                                                                      225 Broadway, Suite 900
                                                                                      San Diego, CA 92101-5030
                                                                                      (619) 234-8467  (tel)
                                                                                      (619) 687-2666  (fax)
                                                                                      e-mail: Shaffy_Moeel@fd.org

07CR3406