# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

Peter Michael Martin

**WARRANT FOR ARREST**

CASE NUMBER: 07cr3406-DMS

FILED
SEP 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Peter Michael Martin_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 9/3/08
ARRESTED BY DUSM's Epper & Roberts
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

In violation of Title _____See Above_____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ L Odierno | 9/4/08    San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____No Bail_____ by _____The Honorable Barbara L Major_____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS J B          FPPS